# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-777
_____

ROSHAD SHONAD FOSTER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

May 8, 2019


PER CURIAM.

   AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Roshad Shonad Foster, pro se, Appellant.

Ashley Moody, Attorney General, and Robert Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.